PER CURIAM.

(No. 73—CC—102)

SHERATON ROCK ISLAND, Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S OFFICE OF HUMAN RESOURCES, Respondent.

*Opinion filed March 22, 1973.*

SHERATON ROCK ISLAND, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.